BARRY J. PORTMAN
Federal Public Defender
SHAWN HALBERT
Assistant Federal Public Defender
450 Golden Gate Avenue
San Francisco, CA  94102
Telephone:  (415) 436-7700

Counsel for Defendant Silvieno Mondragon-Menera

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) ) | CR No. 09-0497 WHA |
| Plaintiff, | ) ) | STIPULATION AND [PROPOSED] ORDER |
| v. | ) ) | EXCLUDING TIME UNDER 18 U.S.C. § 3161 |
| SILVIENO MONDRAGON-MENERA | ) ) ) | |
| Defendant. | ) ) | |

        Defendant's initial appearance before this Court was on May 19, 2009.  At that time, at the request of the parties, the Court set the next date for setting to June 16, 2009.  At that initial appearance, defense counsel stated on the record that she was attempting to obtain all of defendant's prior convictions because they were relevant to defendant's criminal history category and thus to his decision to plead or to set the matter for further hearings.

        Undersigned defense counsel makes the following representation to the Court, which she has also told government counsel: There has been a delay in obtaining the prior criminal convictions from Sonoma County for reasons that are unrelated to the defense diligence, including that the relevant party misplaced defense request for records at least twice, and that there are delays in obtaining all prior convictions from that county due to staff shortages.  For the foregoing reason, the defense requests two additional weeks to obtain such information and to meet with her client.  The next available court date after that two week period is three weeks from the current court

date. Thus, the defense requests that the matter be continued to July 7, 2009 for setting or change of plea. Based on the aforementioned information, the government has no objection to the request.

The parties also agree that the time between June 16, 2009 and July 7, 2009 should be excluded under the Speedy Trial Act. The continuance represents the reasonable time necessary for effective preparation of counsel, 18 U.S.C. § 3161(h)(7)(B)(iv), and the ends of justice served by granting such a continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

SO STIPULATED:

JOSEPH P. RUSSONIELLO
United States Attorney

DATED: June 12, 2009 _____/s/_____
DEREK OWENS
Assistant United States Attorney

DATED: June 12, 2009 _____/s/_____
SHAWN HALBERT
Assistant Federal Public Defender

For the reasons stated above, the Court finds that the continuance of time for the next hearing before this court from June 16, 2009 to July 7, 2009 is warranted and that the ends of justice served by the continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161 (h)(8)(A). The failure to grant the requested continuance would deny the defendant effective preparation of counsel and would result in a miscarriage of justice. 18 U.S.C. § 3161(h)(8)(B)(iv).

SO ORDERED.

DATED:_____June 15, 2009_____

IT IS SO ORDERED
Judge William Alsup
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

THE HONORABLE WILLIAM H. ALSUP
United States District Judge