BARRY J. PORTMAN
Federal Public Defender
SHAWN HALBERT
Assistant Federal Public Defender
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone: (415) 436-7700

Counsel for Defendant MONDRAGON-MENERA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) | No. CR 09-00497 WHA |
|---|---|---|
| Plaintiff, | ) | |
| | ) | STIPULATION AND [~~PROPOSED~~] ORDER |
| v. | ) | CONTINUING BRIEFING AND HEARING |
| | ) | SCHEDULE ON DEFENDANT'S MOTION |
| SILVIENO MONDRAGON-MENERA, | ) | AND EXCLUDING TIME UNDER 18 |
| | ) | U.S.C. § 3161 |
| Defendant. | ) | |
| | ) | |

    At the last court appearance in this case, the parties set the following briefing and hearing schedule on defendant's motion to suppress evidence: the defense files its opening motion on July 21, 2009; the government files its opposition on August 4, 2009; the defense files its response on August 18, 2009; the motion was scheduled for hearing (not evidentiary hearing) on September 1, 2009.

    The parties submit this stipulation to continue the briefing and hearing schedule for the following reason: the defense requested an evidence review of all physical evidence in the case, pursuant to Federal Rule of Criminal Procedure 16(a)(1)(E), before filing its motion to suppress; however, due to the fact that the evidence is in Santa Rosa and in light of the agents' schedules, the evidence review cannot be scheduled until the week of July 28 at the earliest. Undersigned defense counsel will be unavailable from July 31 to August 7, 2009. Additionally, government counsel is scheduled be in trial from August 10 through August 21, 2009. Thus, the parties

STIP. & [PROPOSED] ORDER  EXCL. TIME
No. CR 09-00497 WHA    1

1 request the following proposed schedule: the defense files its opening motion on August 11,
2 2009; the government files its opposition on September 1, 2009; the defense files its response on
3 September 15, 2009; the motion will be heard on September 22, 2009, at 2:00 p.m. (or some date
4 thereafter convenient for the court).

5       The parties previously agreed to exclude time under the Speedy Trial Act through
6 September 1, 2009. The parties hereby agree that the additional time between September 1 and
7 September 22, 2009, should be excluded under the Speedy Trial Act during the pendency of
8 defendant's motion, 18 U.S.C. § 3161(h)(1)(D).

9       IT IS SO STIPULATED.

10                                      JOSEPH P. RUSSONIELLO
                                     United States Attorney
11

12
   DATED: July 21, 2009              /s/
13                                    DEREK OWENS
                                   Assistant United States Attorney
14

15
   DATED: July 21, 2009             /s/
16                                    SHAWN HALBERT
                                   Assistant Federal Public Defender
17

18       For the reasons stated above, the Court finds that the continuance of the briefing and
19 hearing schedule for defendant's motion is warranted and sets the following schedule: The
20 defense will file its opening motion on August 11, 2009; the government will file its opposition
21 on September 1, 2009; the defense will file its response on September 15, 2009; the motion
22 hearing date will be September 22, 2009 at 2:00 p.m. The Court also finds that the time between
23 September 1, 2009, and September 22, 2009, is excluded under the Speedy Trial Act during the
24 pendency of defendant's motion, 18 U.S.C. § 3161(h)(1)(D).

25       IT IS SO ORDERED.

26

27 DATED: July 24, 2009

28                                    WILLIAM ALSUP
                                   United States District Judge

STIP. & [PROPOSED] ORDER EXCL. TIME
No. CR 09-00497 WHA                                                                           2