**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>SILVIENO MONDRAGON-MENERA, a.k.a.<br>RAMON JIMENEZ GALLEGOS,<br><br>  Defendant.<br>                                                                     / | No. CR 09-00497 WHA<br><br>**ORDER GRANTING MOTION TO CORRECT CLERICAL ERROR IN JUDGMENT** |

After review of the defendant's motion to correct a clerical error in the judgment, and pursuant to Federal Rule of Criminal Procedure 36, defendant's motion is **GRANTED**. Judgment shall be amended to include, as the "Offense Ended" date, "March 13, 2009."

**IT IS SO ORDERED.**

Dated: September 17, 2010.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE